# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

In Re: Estate of Caleem L. Jabbour,     :   No. 26 WM 2022
Deceased                                    :
                                                   :

Petition of : Maura Nicotra, Co -Executrix   :   Bill of Costs RE: 13 WAP 2021

## <u>ORDER</u>

**AND NOW**, this 15th day of August, 2022 in consideration of the Bill of Costs, the objection thereto and the timely reply, costs related to the review by the Supreme Court of Pennsylvania are taxed in favor of Petitioner Maura Nicotra, Co-Executrix, against the appellees, Terri Vargo, Co–Executrix, and Arlene Jabbour, beneficiary, limited to the amount of eight hundred and thirty dollars and seventy-eight cents ($830.78). See Pa.R.A.P. 3306, 2742.  Costs calculated as follows:

| | |
|---|---|
| Bill of Costs filing fee………………………………….. | $ 49.00 |
| Reproduction of Brief and Record/Supreme Court: | |
|     RR: Blowback Printing/Velo Bind…………. | $ 45.30 |
|     RR: Blowback Printing B & W ……………. | $639.43 |
|     Brief(s): Blowback Printing B & W………… | $ 97.05 |
| | $830.78 |

*Irene M. Bizzoso*
_____
Prothonotary